# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD C. BACHMAN, | CASE NO. 1:05-CV-01438-OWW-LJO-P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A THIRD AMENDED COMPLAINT |
| v. | |
| C/O M. MELO, et al., | (Doc. 25) |
| Defendants. | ORDER DIRECTING CLERK'S OFFICE TO PROVIDE PLAINTIFF WITH THREE CIVIL RIGHTS COMPLAINT FORMS AND AN IN FORMA PAUPERIS APPLICATION |

_____/

Plaintiff Donald C. Bachman ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 25, 2006, the court issued an order requiring plaintiff to either file a third amended complaint or notify the court of his willingness to proceed only on his cognizable excessive force and equal protection claims, within thirty days. On June 5, 2006, plaintiff filed what the court construes to be a motion seeking an extension of time to file a third amended complaint in compliance with the court's order.[1]  In addition, plaintiff seeks three civil rights complaint forms and one application to proceed in forma pauperis.

///

---

[1] To the extent that plaintiff is seeking a court order requiring prison officials to allow him to go to the law library, the court has no jurisdiction to issue such an order, as it would not serve to remedy the cognizable claims in this action. Flast v. Cohen, 392 U.S. 83, 88 (1968); Rivera v. Freeman, 469 F. 2d 1159, 1162-63 (9th Cir. 1972).

1

1    Plaintiff's motion for an extension of time and for forms is HEREBY GRANTED. Plaintiff
2 has **thirty (30) days** from the date of service of this order within which to comply with the court's
3 order of May 25, 2006. The Clerk's Office shall send plaintiff three civil rights complaint forms and
4 one application to proceed in forma pauperis by a prisoner.[2]

6 IT IS SO ORDERED.

7 **Dated:   June 22, 2006**                               /s/ Lawrence J. O'Neill
    i0d3h8                                             UNITED STATES MAGISTRATE JUDGE

---

[2] Although plaintiff requests two "amended" section 1983 complaint forms and one "regular" section 1983 complaint form, the court has only one form complaint available.