# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD C. BACHMAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>C/O M. MELO, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-01438-OWW-DLB PC<br><br>ORDER DENYING MOTIONS FOR SERVICE OF COMPLAINT AS PREMATURE<br><br>(Docs. 29 and 30) |

　　　Plaintiff Donald C. Bachman ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On December 12, 2006, and January 26, 2007, plaintiff filed motions seeking service of his fourth amended complaint.

　　　In a Findings and Recommendations issued concurrently with this order, the undersigned recommended that the fourth amended complaint be served on defendants as to plaintiff's excessive force claim, but plaintiff's due process and equal protection claims be dismissed.  Once the objection period has passed, if the Honorable Oliver W. Wanger adopts the Findings and Recommendations in full, the court will send plaintiff four summonses and four USM-285 forms to fill out and return. Upon receipt of the service documents, the court will then direct the United States Marshal to initiate service of process.

///
///
///
///

1    At this juncture, plaintiff's motions are premature and are HEREBY DENIED on that
2 ground.
3
4    IT IS SO ORDERED.
5    Dated:   __February 27, 2007__          _____/s/ Dennis L. Beck_____
3b142a                                       UNITED STATES MAGISTRATE JUDGE

2