# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD C. BACHMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C/O M. MELO, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-01438-OWW-NEW (DLB) PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING DUE PROCESS AND EQUAL PROTECTION CLAIMS, WITH PREJUDICE<br><br>(Doc. 32) |

Plaintiff Donald C. Bachman ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 27, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any Objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff did not file an Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 27, 2007, is adopted in full;

///

///

2. This action shall proceed on plaintiff's fourth amended complaint, filed July 17, 2006, against defendants Melo, Guerra, James, and Smith for use of excessive force, in violation of the Eighth Amendment;

3. Plaintiff's due process and equal protection claims are dismissed, with prejudice, for failure to state a claim upon which relief may be granted under section 1983; and

4. This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   April 19, 2007**              /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE