# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD C. BACHMAN, | CASE NO. 1:05-cv-01438-OWW-NEW (DLB) PC |
| Plaintiff, | ORDER FINDING SERVICE OF FOURTH AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| C/O M. MELO, et al., | |
| Defendants. | (Doc. 28) |

Plaintiff Donald C. Bachman ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on November 15, 2005. The court screened plaintiff's fourth amended complaint pursuant to 28 U.S.C. § 1915A and found that it states a cognizable claim for relief under section 1983 against defendants Melo, Guerra, James, and Smith for use of excessive physical force, in violation of the Eighth Amendment.[1]  Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002). Accordingly, it is HEREBY ORDERED that:

///

---

[1] On April 20, 2007, plaintiff's due process and equal protection claims were dismissed, with prejudice, for failure to state a claim upon which relief may be granted under section 1983. (Doc. 35.)

1

1. Service is appropriate for the following defendants:

    C/O M. MELO

    C/O A. GUERRA

    C/O L. JAMES

    C/O M. SMITH

2. The Clerk of the Court shall send plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the fourth amended complaint filed July 17, 2006.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Five (5) copies of the endorsed fourth amended complaint filed July 17, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated: **April 24, 2007**　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE