# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD C. BACHMAN, | CASE NO. 1:05-cv-01438-OWW-NEW (DLB) PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION AS MOOT |
| v. | (Doc. 37) |
| C/O M. MELO, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Donald C. Bachman ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On April 30, 2007, plaintiff filed a motion seeking service of his complaint.

In light of the fact that the court issued an order on April 24, 2007, finding service of plaintiff's complaint appropriate, providing plaintiff with service of process documents, and directing plaintiff to complete and return the documents within thirty days, plaintiff's motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated:   **May 3, 2007**          _____/s/ **Dennis L. Beck**_____
                                            UNITED STATES MAGISTRATE JUDGE

1