1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   DONALD C. BACHMAN,                          CASE NO. 1:05-cv-01438-OWW-NEW (DLB) PC

10                        Plaintiff,            ORDER STRIKING REPLY TO ANSWER

11      v.                                      (Doc. 47)

12   C/O M. MELO, et al.,

13                        Defendants.

14   _____/

15          Plaintiff Donald C. Bachman ("plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On August 14, 2007, plaintiff filed

17   a reply to defendants' answer.  Neither the Federal Rules of Civil Procedure nor the Local Rules

18   provides for a reply to an answer, absent an order from the court requiring one. Fed. R. Civ. P. 7(a).

19   In this case, the court did not order a reply to the answer.

20          Accordingly, plaintiff's reply to defendants' answer, filed August 14, 2007, is HEREBY

21   ORDERED STRICKEN from the record.

22

23          IT IS SO ORDERED.

24   **Dated:    August 16, 2007**            _____ **/s/ Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28

1