1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9  DONALD C. BACHMAN, | CASE NO. 1:05-cv-01438-OWW-GSA PC |
| 10               Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS WITHIN THIRTY DAYS OR THIS ACTION WILL BE DISMISSED |
| 11        v. | |
| 12  C/O M. MELO, et al., | (Doc. 51) |
| 13               Defendants. | |
| 14  _____/ | |

15    Plaintiff Donald C. Bachman ("plaintiff") is a state prisoner proceeding pro se and in forma

16  pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 16, 2007, defendants

17  filed a motion to dismiss.  More than twenty-one days have passed and plaintiff has not filed an

18  opposition or a statement of non-opposition to the motion.  Local Rule 78-230(m).

19    Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to

20  defendants' motion within **thirty (30) days** from the date of service of this order.  The failure to

21  comply with this order will result in dismissal of this action, with prejudice, for failure to obey a

22  court order and failure to prosecute.

23
24
25    IT IS SO ORDERED.

26    **Dated:    February 19, 2008**                    **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE

27
28

1